# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC., ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> MICROSOFT CORPORATION, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. 2:06-CV-367 <br><br> Chief Judge David Folsom <br><br> JURY TRIAL DEMANDED |

## MICROSOFT'S NOTICE OF DISCLOSURE
## OF 35 U.S.C. § 282 STATEMENT

Defendant Microsoft Corporation ("Microsoft") files this Notice of Disclosure and would respectfully show the Court as follows:

On January 26, 2009, Microsoft served on Plaintiff PalTalk Holdings, Inc. its 35 U.S.C. § 282 Statement as required by the statute.

DATED: January 26, 2009.

By: /s/ Richard A. Cederoth
**David T. Pritikin**
*Admitted Pro Hac Vice*
dpritikin@sidley.com
**Richard A. Cederoth**
*Admitted Pro Hac Vice*
rcederoth@sidley.com
**Thomas D. Rein**
*Admitted Pro Hac Vice*
trein@sidley.com
**Laura L. Donoghue**
*Admitted Pro Hac Vice*
ldonoghue@sidley.com
**Nabeel U. Khan**
*Admitted Pro Hac Vice*
nkhan@sidley.com
**John W. McBride**

*Admitted Pro Hac Vice*
jwmcbride@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: 312.853.7000
Fax: 312.853.7036

**G. William Lavender**
Texas State Bar No. 11999590
blav@lavenderlaw.com
Lavender Law
210 N. State Line Ave., Suite 503
Texarkana, AR  71854
Tel: 870.773.3187
Fax: 870.773.3181


ATTORNEYS FOR DEFENDANT
MICROSOFT CORP.

3

**CERTIFICATE OF SERVICE**

    The undersigned hereby certify that on the 26th day of January, 2009, a true and correct copy of the foregoing was served upon all counsel of record who are deemed to have consented to electronic service via the Court's Electronic Case Filing (CM/ECF) system per Local Rule CV-5(a)(3).

                                                By:   /s/ Richard A. Cederoth
                                                        Richard A. Cederoth