**EXHIBIT B**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **PALTALK HOLDINGS, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No. 2:06cv367-DF** |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **MICROSOFT CORP.,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

**PLAINTIFF'S DESIGNATION OF**
**DEPOSITION TESTIMONY**

Plaintiff PalTalk Holdings, Inc. ("Plaintiff") hereby make the following disclosure of its

deposition designations in accordance with the Court's Docket Control Order (DKT #20).

Plaintiff expressly reserves the right to supplement, amend, or otherwise modify these

designations based on circumstances as they may evolve prior to the commencement of trial.

| DEPOSITION EXCERPTS FROM DEPOSITION TESTIMONY OF DANIEL SAMUEL Date of Deposition: December 20, 2007 | | | | | |
|---|---|---|---|---|---|
| From | | | To | | |
| Page | Line | | Page | Line | |
| 17 | 5 | | 17 | 13 | |
| 51 | 17 | | 53 | 18 | |
| 60 | 16 | | 61 | 13 | |
| 67 | 4 | | 67 | 10 | |
| 67 | 15 | | 68 | 7 | |
| 68 | 9 | | 68 | 15 | |
| 68 | 17 | | 69 | 4 | |
| 88 | 21 | | 90 | 19 | |
| 90 | 21 | | 92 | 25 | |
| 119 | 20 | | 120 | 25 | |
| | | | | | |
| | | | | | |
| | | | | | |

| DEPOSITION EXCERPTS FROM | | | | |
|---|---|---|---|---|
| DEPOSITION TESTIMONY OF JEFFREY ROTHSCHILD | | | | |
| Date of Deposition: September 17, 2008 | | | | |
| From | | | To | |
| Page | Line | | Page | Line |
| 18 | 7 | | 20 | 24 |
| 38 | 21 | | 39 | 22 |
| 46 | 7 | | 46 | 21 |
| 48 | 10 | | 51 | 24 |
| 54 | 6 | | 54 | 25 |
| 61 | 14 | | 67 | 3 |
| 72 | 15 | | 74 | 12 |
| 78 | 24 | | 82 | 1 |
| 83 | 21 | | 86 | 18 |
| 96 | 17 | | 97 | 17 |
| 107 | 9 | | 108 | 14 |
| 121 | 21 | | 122 | 13 |
| 127 | 10 | | 129 | 17 |
| 133 | 10 | | 134 | 6 |
| 137 | 4 | | 138 | 18 |
| 149 | 3 | | 150 | 16 |
| 158 | 1 | | 159 | 15 |
| 162 | 1 | | 163 | 5 |
| 170 | 1 | | 172 | 10 |
| 177 | 18 | | 178 | 25 |
| 183 | 3 | | 184 | 20 |
| 185 | 8 | | 186 | 16 |
| 186 | 20 | | 188 | 3 |
| 191 | 7 | | 194 | 25 |
| 196 | 7 | | 197 | 14 |
| 197 | 24 | | 198 | 20 |
| | | | | |

| DEPOSITION EXCERPTS FROM<br>DEPOSITION TESTIMONY OF MARK KWIATKOWSKI<br>Date of Deposition: September 16, 2008 | | | | | |
|---|---|---|---|---|---|
| **From** | | | **To** | | |
| **Page** | **Line** | | | **Page** | **Line** |
| 14 | 11 | | | 15 | 8 |
| 35 | 12 | | | 35 | 15 |
| 35 | 17 | | | 36 | 8 |
| 36 | 10 | | | 37 | 13 |
| 39 | 13 | | | 39 | 16 |
| 39 | 18 | | | 40 | 17 |
| 59 | 6 | | | 66 | 7 |
| 74 | 2 | | | 75 | 18 |
| 120 | 15 | | | 121 | 12 |
| 125 | 13 | | | 126 | 1 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**DEPOSITION EXCERPTS FROM**
**DEPOSITION TESTIMONY OF JON GRANDE**
**Date of Deposition: October 31, 2008**

| From | | | To | |
|------|------|---|------|------|
| Page | Line | | Page | Line |
| 6 | 8 | | 6 | 12 |
| 8 | 16 | | 9 | 6 |
| 9 | 22 | | 10 | 2 |
| 10 | 15 | | 11 | 17 |
| 14 | 16 | | 15 | 7 |
| 15 | 14 | | 16 | 8 |
| 19 | 5 | | 19 | 25 |
| 20 | 23 | | 21 | 7 |
| 22 | 5 | | 22 | 14 |
| 23 | 2 | | 23 | 5 |
| 23 | 15 | | 24 | 17 |
| 25 | 4 | | 25 | 24 |
| 31 | 15 | | 32 | 2 |
| 32 | 11 | | 33 | 2 |
| 34 | 12 | | 34 | 22 |
| 35 | 8 | | 37 | 19 |
| 38 | 17 | | 38 | 25 |
| 39 | 14 | | 41 | 12 |
| 44 | 19 | | 46 | 25 |
| 48 | 25 | | 50 | 7 |
| 50 | 24 | | 51 | 10 |
| 53 | 25 | | 54 | 6 |
| 54 | 21 | | 55 | 23 |
| 57 | 6 | | 57 | 9 |
| 58 | 9 | | 58 | 19 |
| 58 | 21 | | 59 | 2 |
| 59 | 5 | | 60 | 6 |
| 62 | 18 | | 62 | 19 |
| 62 | 21 | | 62 | 24 |
| 63 | 5 | | 63 | 18 |
| 64 | 18 | | 65 | 12 |
| 66 | 6 | | 66 | 11 |
| 69 | 15 | | 70 | 5 |
| 70 | 17 | | 71 | 15 |
| 72 | 2 | | 73 | 9 |
| 74 | 22 | | 74 | 24 |
| 84 | 16 | | 85 | 10 |
| 85 | 16 | | 86 | 25 |
| | | | | |

| DEPOSITION EXCERPTS FROM<br>DEPOSITION TESTIMONY OF WILLIAM NIELSEN<br>Date of Deposition: June 18, 2008 | | | | |
|---|---|---|---|---|
| **From** | | | **To** | |
| **Page** | **Line** | | **Page** | **Line** |
| 5 | 11 | | 5 | 19 |
| 8 | 24 | | 9 | 5 |
| 9 | 11 | | 9 | 24 |
| 34 | 2 | | 35 | 7 |
| 41 | 13 | | 41 | 23 |
| 46 | 9 | | 46 | 19 |
| 55 | 15 | | 55 | 25 |
| 63 | 18 | | 64 | 3 |
| 64 | 9 | | 64 | 17 |
| 77 | 20 | | 79 | 19 |
| 88 | 23 | | 91 | 8 |
| | | | | |

| DEPOSITION EXCERPTS FROM | | | | |
|---|---|---|---|---|
| DEPOSITION TESTIMONY OF WILLIAM HARMON, III | | | | |
| Date of Deposition: June 20, 2008 | | | | |
| From | | | To | |
| Page | Line | | Page | Line |
| 5 | 9 | | 5 | 17 |
| 9 | 5 | | 9 | 21 |
| 18 | 2 | | 18 | 15 |
| 18 | 23 | | 19 | 25 |
| 23 | 15 | | 23 | 17 |
| 24 | 3 | | 26 | 10 |
| 26 | 16 | | 26 | 25 |
| 30 | 16 | | 31 | 3 |
| 31 | 12 | | 31 | 21 |
| 32 | 21 | | 33 | 11 |
| 33 | 13 | | 33 | 17 |
| 40 | 17 | | 41 | 16 |
| 43 | 1 | | 45 | 11 |
| 49 | 18 | | 50 | 3 |
| 50 | 8 | | 51 | 23 |
| 52 | 10 | | 52 | 25 |
| 55 | 7 | | 56 | 3 |
| 60 | 8 | | 61 | 14 |
| 71 | 4 | | 71 | 16 |
| 87 | 13 | | 87 | 24 |

| DEPOSITION EXCERPTS FROM<br>DEPOSITION TESTIMONY OF PETER ISENSEE<br>Date of Deposition: April 19, 2007 | | | | |
|---|---|---|---|---|
| **From** | | | **To** | |
| **Page** | **Line** | | **Page** | **Line** |
| 5 | 13 | | 5 | 17 |
| 21 | 15 | | 22 | 5 |
| 22 | 13 | | 22 | 15 |
| 22 | 24 | | 23 | 7 |
| 24 | 7 | | 25 | 19 |
| 33 | 4 | | 35 | 12 |
| 40 | 25 | | 42 | 11 |
| 49 | 16 | | 50 | 1 |
| 51 | 21 | | 52 | 9 |
| 53 | 9 | | 56 | 15 |
| 61 | 9 | | 61 | 14 |
| 63 | 2 | | 63 | 20 |
| 63 | 23 | | 65 | 12 |
| 65 | 22 | | 67 | 3 |
| 67 | 7 | | 67 | 9 |
| 67 | 12 | | 67 | 15 |
| 67 | 17 | | 69 | 14 |
| 69 | 17 | | 69 | 22 |
| 69 | 24 | | 70 | 6 |
| 70 | 8 | | 70 | 13 |
| 70 | 15 | | 70 | 19 |
| 71 | 2 | | 73 | 8 |
| 73 | 10 | | 74 | 8 |
| 74 | 20 | | 74 | 21 |
| 74 | 23 | | 75 | 1 |
| 75 | 5 | | 75 | 6 |
| 75 | 8 | | 75 | 11 |
| 75 | 13 | | 75 | 15 |
| 75 | 17 | | 75 | 18 |

| DEPOSITION EXCERPTS FROM DEPOSITION TESTIMONY OF LING TONY CHEN Date of Deposition: April 19, 2007 | | | | |
|---|---|---|---|---|
| From | | | To | |
| Page | Line | | Page | Line |
| 5 | 10 | | 5 | 12 |
| 6 | 16 | | 6 | 21 |
| 9 | 16 | | 10 | 19 |
| 10 | 21 | | 11 | 11 |
| 11 | 14 | | 11 | 19 |
| 13 | 9 | | 16 | 1 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DEPOSITION EXCERPTS FROM<br>DEPOSITION TESTIMONY OF ED FRIES<br>Date of Deposition: October 30, 2008 | | | | |
|:---:|:---:|:---:|:---:|:---:|
| **From** | | | **To** | |
| **Page** | **Line** | | **Page** | **Line** |
| 6 | 4 | | 6 | 8 |
| 10 | 12 | | 10 | 18 |
| 10 | 24 | | 10 | 25 |
| 11 | 20 | | 12 | 8 |
| 12 | 13 | | 12 | 20 |
| 16 | 18 | | 17 | 5 |
| 17 | 8 | | 17 | 19 |
| 19 | 8 | | 19 | 20 |
| 21 | 14 | | 21 | 21 |
| 21 | 25 | | 22 | 3 |
| 22 | 16 | | 23 | 10 |
| 24 | 9 | | 27 | 2 |
| 27 | 18 | | 28 | 18 |
| 29 | 17 | | 30 | 1 |
| 30 | 12 | | 31 | 3 |
| 31 | 12 | | 31 | 19 |
| 34 | 22 | | 36 | 4 |
| 36 | 16 | | 37 | 9 |
| 38 | 8 | | 39 | 10 |
| 40 | 21 | | 41 | 3 |
| 41 | 7 | | 41 | 10 |
| 45 | 20 | | 45 | 25 |
| 47 | 8 | | 47 | 10 |
| 47 | 18 | | 47 | 20 |
| 48 | 8 | | 49 | 2 |
| 54 | 23 | | 54 | 25 |
| 55 | 11 | | 57 | 4 |
| 58 | 13 | | 59 | 8 |
| 61 | 5 | | 61 | 11 |
| 65 | 2 | | 65 | 14 |
| 70 | 19 | | 72 | 22 |
| 73 | 20 | | 74 | 5 |
| 74 | 14 | | 75 | 7 |
| 75 | 18 | | 76 | 6 |
| 77 | 19 | | 79 | 6 |
| 79 | 24 | | 80 | 11 |
| 80 | 21 | | 80 | 25 |
| 81 | 17 | | 86 | 20 |
| 87 | 25 | | 88 | 4 |
| 88 | 21 | | 89 | 21 |
| 90 | 7 | | 90 | 23 |

| 91 | 23 | | 93 | 24 |
|----|----|----|----|----|
| 94 | 15 | | 94 | 22 |
| 95 | 22 | | 96 | 6 |
| | | | | |

| DEPOSITION EXCERPTS FROM | | | | |
|---|---|---|---|---|
| DEPOSITION TESTIMONY OF KIPLEY JOHN OLSON | | | | |
| Date of Deposition: October 31, 2008 | | | | |
| From | | | To | |
| Page | Line | | Page | Line |
| 6 | 11 | | 6 | 14 |
| 9 | 24 | | 10 | 3 |
| 10 | 15 | | 11 | 16 |
| 12 | 5 | | 12 | 9 |
| 12 | 12 | | 13 | 2 |
| 14 | 11 | | 14 | 18 |
| 15 | 16 | | 15 | 25 |
| 17 | 19 | | 18 | 18 |
| 19 | 4 | | 19 | 12 |
| 19 | 19 | | 20 | 1 |
| 20 | 18 | | 21 | 11 |
| 23 | 5 | | 23 | 22 |
| 24 | 8 | | 24 | 10 |
| 24 | 12 | | 24 | 13 |
| 24 | 25 | | 25 | 8 |
| 28 | 6 | | 28 | 16 |
| 41 | 3 | | 41 | 11 |
| 41 | 13 | | 42 | 4 |
| 44 | 11 | | 47 | 7 |
| 48 | 7 | | 50 | 12 |
| 50 | 19 | | 51 | 10 |
| 52 | 5 | | 53 | 5 |
| 53 | 8 | | 54 | 3 |
| 54 | 13 | | 54 | 15 |
| 54 | 17 | | 55 | 3 |
| 55 | 5 | | 56 | 10 |
| 56 | 21 | | 57 | 10 |
| 60 | 16 | | 61 | 12 |
| 61 | 14 | | 62 | 1 |
| 63 | 21 | | 64 | 9 |
| 64 | 23 | | 66 | 21 |
| 66 | 23 | | 68 | 17 |
| 73 | 12 | | 73 | 15 |
| 73 | 17 | | 74 | 6 |
| 74 | 24 | | 75 | 6 |
| 75 | 8 | | 76 | 6 |
| 78 | 25 | | 83 | 11 |
| 83 | 25 | | 84 | 6 |
| 84 | 8 | | 84 | 13 |
| 85 | 13 | | 85 | 21 |
| 85 | 23 | | 86 | 10 |

| | | | | |
|---|---|---|---|---|
| 91 | 25 | | 92 | 21 |
| 92 | 24 | | 93 | 21 |
| 93 | 23 | | 95 | 13 |
| 95 | 16 | | 96 | 2 |
| 96 | 5 | | 97 | 18 |
| 99 | 3 | | 99 | 12 |
| 99 | 14 | | 100 | 19 |
| 101 | 21 | | 102 | 13 |
| 104 | 6 | | 105 | 3 |
| 105 | 5 | | 105 | 6 |
| 105 | 9 | | 109 | 11 |
| 109 | 13 | | 110 | 1 |
| 110 | 3 | | 110 | 6 |
| 115 | 10 | | 115 | 20 |
| 115 | 22 | | 117 | 8 |
| 117 | 10 | | 119 | 9 |
| 119 | 13 | | 119 | 15 |
| 119 | 17 | | 120 | 24 |
| 123 | 3 | | 123 | 12 |
| | | | | |

| DEPOSITION EXCERPTS FROM DEPOSITION TESTIMONY OF CRAIG JAMES HENRY Date of Deposition: June 19, 2008 | | | | |
|:---:|:---:|:---:|:---:|:---:|
| From | | | To | |
| Page | Line | | Page | Line |
| 6 | 12 | | 6 | 15 |
| 10 | 21 | | 11 | 6 |
| 14 | 14 | | 15 | 1 |
| 16 | 17 | | 16 | 21 |
| 20 | 1 | | 20 | 11 |
| 21 | 2 | | 21 | 7 |
| 21 | 12 | | 21 | 19 |
| 32 | 15 | | 33 | 6 |
| 40 | 7 | | 41 | 18 |
| 43 | 13 | | 43 | 25 |
| 45 | 3 | | 46 | 2 |
| 46 | 4 | | 47 | 14 |
| 48 | 14 | | 49 | 9 |
| 51 | 5 | | 51 | 10 |
| 53 | 9 | | 53 | 18 |
| 53 | 20 | | 53 | 23 |
| 57 | 14 | | 57 | 21 |
| 57 | 23 | | 57 | 24 |
| 58 | 8 | | 58 | 13 |
| 58 | 25 | | 59 | 11 |
| 60 | 2 | | 60 | 9 |
| 60 | 12 | | 61 | 5 |
| 61 | 7 | | 62 | 7 |
| 62 | 22 | | 63 | 8 |
| 67 | 9 | | 67 | 14 |
| 67 | 22 | | 67 | 24 |
| 68 | 1 | | 68 | 2 |
| 69 | 16 | | 70 | 6 |
| 70 | 12 | | 71 | 9 |
| 71 | 11 | | 71 | 16 |
| 72 | 6 | | 72 | 20 |
| 74 | 20 | | 76 | 11 |
| 76 | 14 | | 78 | 4 |
| 78 | 6 | | 78 | 8 |
| 79 | 4 | | 79 | 9 |
| 86 | 9 | | 87 | 12 |
| 90 | 17 | | 91 | 9 |
| 91 | 11 | | 92 | 10 |
| 94 | 4 | | 95 | 2 |
| 95 | 16 | | 96 | 10 |
| 96 | 12 | | 96 | 20 |

| 99 | 16 | | 100 | 7 |
|---|---|---|---|---|
| 105 | 6 | | 105 | 22 |
| 106 | 1 | | 106 | 14 |
| 109 | 1 | | 109 | 25 |
| 114 | 1 | | 114 | 12 |
| 114 | 22 | | 115 | 1 |
| 116 | 16 | | 117 | 6 |
| 117 | 16 | | 119 | 7 |
| 120 | 3 | | 120 | 5 |
| 120 | 7 | | 120 | 16 |
| 120 | 24 | | 121 | 5 |
| 123 | 5 | | 123 | 19 |
| 124 | 4 | | 124 | 21 |
| 132 | 23 | | 135 | 5 |
| 135 | 7 | | 135 | 16 |
| 135 | 21 | | 136 | 10 |
| 136 | 16 | | 137 | 21 |
| 137 | 23 | | 138 | 6 |
| 141 | 1 | | 141 | 7 |
| | | | | |

| DEPOSITION EXCERPTS FROM<br>DEPOSITION TESTIMONY OF CHRISTOPHER BUTCHER<br>Date of Deposition: April 19, 2007 | | | | |
|---|---|---|---|---|
| **From** | | | **To** | |
| **Page** | **Line** | | **Page** | **Line** |
| 5 | 14 | | 6 | 11 |
| 6 | 22 | | 11 | 15 |
| 13 | 8 | | 15 | 13 |
| 18 | 2 | | 18 | 6 |
| 18 | 10 | | 18 | 19 |
| 24 | 19 | | 27 | 6 |
| 27 | 11 | | 30 | 3 |
| 30 | 8 | | 31 | 8 |
| 32 | 8 | | 32 | 12 |
| 32 | 14 | | 33 | 8 |
| 33 | 13 | | 34 | 2 |
| 39 | 9 | | 41 | 16 |
| 43 | 14 | | 43 | 18 |
| 43 | 20 | | 44 | 1 |
| 44 | 20 | | 45 | 2 |
| 52 | 21 | | 53 | 5 |
| 53 | 23 | | 55 | 19 |
| 63 | 24 | | 64 | 7 |
| 65 | 6 | | 65 | 13 |
| 72 | 18 | | 73 | 11 |
| 74 | 2 | | 75 | 10 |
| 75 | 20 | | 77 | 22 |
| 88 | 18 | | 90 | 3 |

| DEPOSITION EXCERPTS FROM | | | | |
|:---:|:---:|:---:|:---:|:---:|
| DEPOSITION TESTIMONY OF CHRISTOPHER BUTCHER | | | | |
| Date of Deposition: June 2, 2008 | | | | |
| From | | | To | |
| Page | Line | | Page | Line |
| 6 | 18 | | 7 | 13 |
| 7 | 18 | | 9 | 2 |
| 9 | 18 | | 10 | 14 |
| 10 | 25 | | 11 | 2 |
| 11 | 7 | | 12 | 16 |
| 12 | 24 (Can) | | 13 | 3 |
| 13 | 17 | | 14 | 13 |
| 14 | 21 | | 15 | 12 |
| 16 | 2 | | 16 | 13 |
| 17 | 1 | | 17 | 9 |
| 18 | 8 | | 19 | 2 |
| 19 | 4 | | 21 | 4 |
| 22 | 7 | | 22 | 20 |
| 23 | 10 | | 23 | 15 |
| 23 | 23 | | 25 | 14 |
| 25 | 18 | | 26 | 12 |
| 28 | 5 | | 28 | 18 |
| 33 | 20 | | 34 | 13 |
| 34 | 19 | | 35 | 19 |
| 37 | 15 | | 37 | 25 |
| 38 | 2 | | 38 | 24 |
| 39 | 4 | | 39 | 12 |
| 40 | 9 | | 40 | 16 |
| 40 | 18 | | 41 | 2 |
| 41 | 7 | | 42 | 24 |
| 43 | 5 | | 45 | 10 |
| 46 | 4 | | 46 | 10 |
| 46 | 13 | | 47 | 20 |
| 49 | 8 | | 50 | 17 |
| 51 | 3 | | 52 | 16 |
| 53 | 20 | | 55 | 8 |
| 55 | 18 | | 57 | 20 |
| 58 | 3 | | 60 | 2 |
| 64 | 11 | | 65 | 15 |
| 72 | 6 | | 72 | 18 |
| 73 | 3 | | 74 | 6 |
| 74 | 15 | | 75 | 4 |
| 75 | 16 | | 76 | 16 |
| 76 | 24 | | 77 | 3 |
| 77 | 7 | | 79 | 6 |
| 80 | 1 | | 81 | 5 |
| 81 | 14 | | 81 | 24 |

| | | | |
|---|---|---|---|
| 82 | 17 | 82 | 25 |
| 83 | 4 | 85 | 16 |
| 86 | 4 | 87 | 1 |
| 87 | 10 | 90 | 11 |
| 91 | 1 | 91 | 7 |
| 91 | 10 | 92 | 1 |
| 92 | 5 | 92 | 8 |
| 93 | 13 | 94 | 24 |
| 95 | 2 | 97 | 25 |
| 98 | 17 | 99 | 7 |
| 102 | 6 | 102 | 23 |
| 103 | 2 | 103 | 8 |
| 110 | 2 | 110 | 11 |
| 112 | 9 | 114 | 5 |
| 115 | 10 | 115 | 19 |
| 116 | 2 | 116 | 6 |
| 116 | 25 | 117 | 20 |
| 118 | 3 | 120 | 4 |
| 120 | 14 | 122 | 3 |
| 123 | 20 | 125 | 25 |
| 126 | 14 | 126 | 17 |
| 126 | 19 | 127 | 9 |
| 127 | 11 | 129 | 4 |
| 129 | 9 | 131 | 10 |
| 132 | 11 | 134 | 21 |
| 135 | 23 | 141 | 9 |
| 141 | 14 | 144 | 7 |
| 144 | 17 | 145 | 1 |
| 145 | 10 | 145 | 21 |
| 146 | 1 | 149 | 24 |
| 150 | 1 | 150 | 7 |
| 150 | 11 | 150 | 17 |
| | | | |

| DEPOSITION EXCERPTS FROM DEPOSITION TESTIMONY OF CHRISTOPHER BUTCHER Date of Deposition: October 30, 2008 | | | | |
|---|---|---|---|---|
| From | | | To | |
| Page | Line | | Page | Line |
| 5 | 15 | | 5 | 19 |
| 6 | 8 | | 7 | 8 |
| 7 | 10 | | 7 | 19 |
| 8 | 3 | | 8 | 25 |
| 9 | 2 | | 9 | 6 |
| 10 | 11 | | 10 | 17 |
| 11 | 20 | | 11 | 24 |
| 12 | 4 | | 12 | 17 |
| 13 | 15 | | 13 | 20 |
| 14 | 1 | | 14 | 25 |
| 15 | 3 | | 15 | 4 |
| 15 | 6 | | 15 | 8 |
| 15 | 10 | | 15 | 12 |
| 15 | 20 | | 16 | 2 |
| 16 | 4 | | 18 | 16 |
| 18 | 18 | | 19 | 14 |
| 19 | 22 | | 22 | 15 |
| 22 | 17 | | 23 | 3 |
| 23 | 21 | | 24 | 9 |
| 24 | 11 | | 24 | 16 |
| 24 | 22 | | 25 | 5 |
| 25 | 7 | | 25 | 24 |
| 27 | 20 | | 27 | 22 |
| 28 | 12 | | 28 | 22 |
| 28 | 24 | | 29 | 4 |
| 29 | 6 | | 30 | 6 |
| 30 | 17 | | 31 | 20 |
| 31 | 22 | | 32 | 7 |
| 32 | 12 | | 32 | 14 |
| 32 | 16 | | 33 | 4 |
| 33 | 6 | | 33 | 9 |
| 33 | 14 | | 35 | 12 |
| 35 | 14 | | 35 | 22 |
| 36 | 5 | | 36 | 23 |
| 37 | 1 | | 37 | 2 |
| 37 | 4 | | 37 | 10 |
| 37 | 23 | | 38 | 24 |
| 39 | 6 | | 41 | 21 |
| 42 | 14 | | 43 | 3 |
| 43 | 7 | | 43 | 25 |
| 44 | 2 | | 44 | 8 |

| | | | |
|---|---|---|---|
| 45 | 4 | 45 | 11 |
| 45 | 15 | 45 | 21 |
| 45 | 23 | 46 | 12 |
| 46 | 14 | 47 | 17 |
| 47 | 19 | 48 | 5 |
| 48 | 7 | 49 | 4 |
| 49 | 15 | 53 | 3 |
| 53 | 7 | 53 | 24 |
| 54 | 6 | 54 | 17 |
| 54 | 21 | 54 | 24 |
| 55 | 1 | 55 | 13 |
| 55 | 18 | 56 | 2 |
| 56 | 4 | 58 | 22 |
| 58 | 24 | 61 | 20 |
| 61 | 22 | 61 | 24 |

DATED:  February 2, 2009    Respectfully submitted,

SUSMAN GODFREY L.L.P.


By:  /s/ Max L. Tribble, Jr._____
          Max L. Tribble, Jr.
Lead Attorney
Texas State Bar No.:  20213950
Southern District of Texas Bar No.: 10429
Email:  mtribble@susmangodfrey.com
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666

David C. Marcus
CA State Bar No. 158704
Email:  dmarcus@susmangodfrey.com
Kalpana Srinivasan
CA State Bar No. 237460
Email:  ksrinivasan@susmangodfrey.com
SUSMAN GODFREY L.L.P
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone:  (310) 789-3126
Facsimile:  (310) 789-3150

Brooke A.M. Taylor
WA State Bar No. 33190
Email:  btaylor@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA  98101-3000
Telephone:  (206) 516-3880
Facsimile:  (206) 516-3883

Michael F. Heim
Texas State Bar No.: 09380923
Southern District of Texas Bar No.: 8790
Email:  mheim@hpcllp.com
Douglas R. Wilson
Texas State Bar No.: 24037719
Southern District of Texas Bar No.: 16995
Email:  dwilson@hpcllp.com
Micah J. Howe
Texas State Bar No.:24048555
E-mail:  mhowe@hpcllp.com
HEIM, PAYNE & CHORUSH, L.L.P.
600 Travis Street, Suite 6710
Houston, Texas 77002-2912
Telephone: (713) 221-2000

Facsimile: (713) 221-2021

S. Calvin Capshaw
State Bar No. 03783900
Email: ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
Email: ederieux@capshawlaw.com
CAPSHAW DERIEUX, LLP
Energy Centre
1127 Judson Road, Suite 220
P. O. Box 3999 (75606-3999)
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

Otis W. Carroll, Jr.
State Bar No. 03895700
Email: fedserv@icklaw.com
IRELAND CARROLL & KELLEY, P.C.
6101 S Broadway, Suite 500
Tyler, TX 75703
Telephone: (903) 561-1600
Facsimile: (903) 581-1071

T. John Ward, Jr
LAW OFFICE OF T. JOHN WARD, JR. P.C.
111 W. Tyler Street
Longview, Texas 75601
Phone(903)757-6400
TollFree(866)305-6400
Fax (903) 757-2323
Email:  jw@jwfirm.com

Robert Christopher Bunt
State Bar No. 00787165
Email: rcbunt@pbatyler.com
Robert M. Parker
State Bar No. 15498000
Email: rmparker@pbatyler.com
PARKER, BUNT & AINSWORTH, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687

ATTORNEYS FOR PLAINTIFF
PALTALK HOLDINGS, INC.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 2, 2009, I electronically filed the foregoing document in compliance with Local Rule CV-5a(3).  It has been served this day on the counsel of record, who are deemed to have consented to electronic service via the Court's CM/ECF System.  Any other counsel of record will be served by electronic email, facsimile transmission and/or First Class Mail on this same date.

**Stacy Quan**
stacyq@microsoft.com
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052-6399
(425) 882-8080
Fax: (425) 936-7329

**G. William Lavendar**
blav@lavenderlaw.com
Lavender Law
210 N. State Line Ave., Ste. 503
P.O. Box 1938
Texarkana, AR 75504-1938
(870) 773-3187

**Harry L. Gillam, Jr.**
gil@gillamsmithlaw.com
**Melissa R. Smith**
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
(903) 934-8450

**David T. Pritikin**
dpritikin@sidley.com
**Richard A. Cederoth**
rcederoth@sidley.com
**Thomas D. Rein**
trein@sidley.com
**Laura L. Donoghue**
ldonoghue@sidley.com
**Nabeel U. Khan**
nkhan@sidley.com
**John W. McBride**
jwmcbride@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000

Attorneys for Defendant Microsoft Corp.

By: /s/  Max L. Tribble, Jr.
　　　Max L. Tribble, Jr.