IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PALTALK HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORP.,<br><br>Defendant. | §<br>§<br>§<br>§  Civil Action No. 2:06cv367-DF<br>§<br>§  JURY TRIAL DEMANDED<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation by and among Plaintiff, PalTalk Holdings, Inc. and Defendant, Microsoft Corporation (referred to collectively as the "Parties"), it is hereby ordered that:

(1) All claims presented by the Complaint, as well as all amendments and counterclaims thereto, shall be dismissed with prejudice as to each of the Parties;

(2) The Parties shall bear their own costs and attorneys' fees.

**SIGNED this 8th day of May, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE